**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
JARRETT R. JENKINS,

               Plaintiff,

      - against -

PORTFOLIO RECOVERY ASSOCIATES,
LLC,

               Defendant.
----------------------------------------------------------X

**JUDGMENT**
CV 24-340 (SJB) (ST)

      An Order Dismissing Case of Honorable Sanket J. Bulsara, United States District Judge, having been filed on January 14, 2025, and directing the Clerk of Court to enter judgment in favor of Defendant and to close this case, it is

      **ORDERED AND ADJUDGED** that Jarret R. Jenkins take nothing of Defendant Portfolio Recovery Associates, LLC; that this case is dismissed; and that this case is closed.

Dated: January 15, 2025
       Central Islip, New York

                                              BRENNA B. MAHONEY
                                              CLERK OF COURT

                                   BY:   /S/ JAMES J. TORITTO
                                                        DEPUTY CLERK